# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

## NO. 03-23-00374-CR

**Michael Dygert-Tarr, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND THEOFANIS
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that appellant was convicted of a SECOND DEGREE FELONY. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.